FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___Van___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PETER ROSELL,

Defendant.

Case No. 2:18 CR 0403 GW

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☑ the appearance of defendant as required; and/or

☑ the safety of any person or the community.

The Court concludes:

☑ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk. The risk of nonappearance is based on:

*Instant allegations*

☑ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk of danger is based on:

*Instant allegations plus defendant's conviction on felony offense while on supervision.*

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 3-2-2023

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE